No. 01–9446. NORTHERN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 01–9447. McQUILLIA v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 01–9497. NEWBERRY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 01–9558. McCULLEY v. SOUTHERN CONNECTICUT NEWSPAPER. C. A. 2d Cir. Certiorari denied.

No. 01–9577. DAVIS v. GAMMON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–9580. BROOKS v. WETHERINGTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9688. JONES v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–9749. CLAYTON v. MISSOURI. Sup. Ct. Mo. Certiorari denied. 

No. 01–9888. RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9902. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9907. SOUTHWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–9915. CERVERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–9917. CISNEROS-VASQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–9918. COONEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 01–9920. DAVILA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.